IN THE UNITED STATES BANKRUPTCY COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| In re: ) | |
| JOSHUA HUTCHINSON, and ) | |
| ALLYSHA HUTCHISON ) | CASE NO. 16-05686 |
| 7443 CHOWING RD ) | CHAPTER 13 |
| SPRINGFIELD, TN 37172 ) | JUDGE WALKER |
| XXX-XX-0577; XX-XX-4359 ) | |

**ORDER GRANTING DEBTORS' MOTION TO SURRENDER PERSONAL PROPERTY AND GRANT RELIEF FROM THE AUTOMATIC STAY**

Debtors filed a Motion to Surrender Personal Property, a 2008 Yamaha XVS65XB/C, and Grant Relief from the Automatic Stay to Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 530912, Atlanta, GA 30353-0912. Notice was mailed pursuant to LBR 9013-1 and no responses or objections to the motion were filed.

IT IS ORDERED that the Motion to Surrender Personal Property is granted.

1. Debtors will surrender the 2008 Yamaha XVS65XB/C to Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 530912, Atlanta, GA 30353-0912.

2. Said vehicle is currently in the Co-Debtor's possession.

3. THE PAYMENTS TO SYNCHRONY BANK, Attn: Bankruptcy Department, P.O. Box 530912, Atlanta, Ga 30353-0912 SHALL BE TEMPORARILY SUSPENDED UNTIL THE CREDITOR FILES THEIR AMENDED CLAIM.

4. Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 530912, Atlanta, GA 30353-0912, shall amend its claim within 90 days of the entry of this order granting this motion. Should an amended claim not be filed, the claim will be deemed to have been satisfied in full by the surrender of the collateral and no other payments will be paid on the claim. Should an amended claim be timely filed, reflecting the amount of the proceeds received and the resulting deficiency balance to be paid, said claim will be paid in accordance with the confirmed plan.

5. Relief from the Automatic Stay of 11 U.S.C. 523 is granted to Synchrony Bank, Attn: Bankruptcy Department, P.O. Box 530912, Atlanta, GA 30353-0912.

*This Order was signed and entered electronically as indicated at the top of this page.*

**SUBMITTED FOR ENTRY BY:**

/s/ *Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**
Attorney for Debtor(s)
405 1/2 A 31st. Ave. N.
Nashville, TN 37209
Phone: (615) 297-2400
Fax:    (615) 634-0241
wilsonlgl@hotmail.com