Charles M. Walker
U.S. Bankruptcy Judge
Dated: 6/30/2017



# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| IN RE: ) | |
| JOSHUA HUTCHISON, and ) | |
| ALLYSHA HUTCHISON ) | CASE NO. 16-05686 |
| 7443 CHOWNING RD ) | CHAPTER 13 |
| SPRINGFIELD, TN 37172 ) | JUDGE WALKER |
| XXX-XX-0577; XX-XX-4359 ) | |
|    Debtor. ) | |

**AGREED ORDER RESOLVING TRUSTEE'S MOTION TO DISMISS CASE FOR CAUSE PURSUANT TO 11 U.S.C. 1307(c)**

It appears to the Court that the Trustee has filed a Motion to Dismiss Case for Cause Pursuant to 11 U.S.C. 1307(c) in the above-styled case due to Debtors disclosing that Yamaha/gemb ("Yamaha") has a claim for $2,903.54 secured by a water purification system rather than a 2008 Yamaha XVS65XB/C VIN #JYAVM01E58A119703. Debtors have since amended Schedule B to disclose their ½ interest in the Yamaha XVS65XB/C VIN #JYAVM01E58A119703. Debtors also filed a Motion to Abandon/Surrender their interest in the Yamaha XVS65XB/C VIN #JYAVM01E58A119703 on May 19, 2017 and the order granting this motion was entered on June 15, 2017. It is therefore

ORDERED, that the Trustee's Motion to Dismiss for Cause Pursuant to 11 U.S.C 1307(c) is denied.

*This Order was signed and entered electronically as indicated at the top of this page.*

**APPROVED FOR ENTRY:**

*/s/ Henry E. Hildebrand, III*

Digitally signed by /s/ Henry E. Hildebrand, III
DN: cn=/s/ Henry E. Hildebrand, III, o=Chapter 13 Trustee's Office, ou=Finance (51), email=pleadings@ch13nsh.com, c=US
Date: 2017.06.29 10:37:27 -05'00'

Henry E. Hildebrand, III
Chapter 13 Trustee
PO Box 340019
Nashville, TN 37203-0019
615-244-1101
fax 615-242-3241
pleading@ch13nsh.com

/s/ *Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**

Attorney for Debtor(s)
405 1/2 A 31st. Ave. N.
Nashville, TN 37209
Phone: (615) 297-2400
Fax:    (615) 634-0241
wilsonlgl@hotmail.com

This Order has been electronically
signed.  The Judge's signature and
Court's seal appear at the top of the
first page.
United States Bankruptcy Court.