Charles M. Walker
U.S. Bankruptcy Judge
Dated: 3/20/2018



## IN THE UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF TENNESSEE

In re:

| | |
|---|---|
| JOSHUA & ALLYSHA HUTCHISON | CASE NO. 3:16-bk-05686 |
| 7443 CHOWNING RD | CHAPTER 13 |
| SPRINGFIELD, TN 37172 | JUDGE WALKER |
| SSN xxx-xx-0577; XXX-XX-4359 | |

### ORDER GRANTING MOTION TO UTILIZE INSURANCE PROCEEDS

Debtors filed a Motion to Utilize Insurance proceeds on February 23, 2018. Twenty-One days have passed and no objections have been filed; therefore,

**IT IS ORDERED** that Farm Bureau issue approximately Six Hundred Thirty Seven Dollars and Ninety Six Cents ($637.96) to The Chapter 13 Trustee, P.O. Box 340019, Nashville, TN 37203 to pay off the secured claim of American Airlines Federal Credit Union; that American Airlines Federal Credit Union, be required to provide guarantee of title to Farm Bureau Insurance on Debtors' 2012 Chevrolet Sonic and that Farm Bureau Insurance issue approximately Three Thousand One Hundred Fifteen Dollars and Four Cents ($3,115.04) to Debtors at 7443 Chowning Rd Springfield, TN 37172 in order for them to purchase a replacement vehicle. No additional funds should be disbursed by the Trustee on the secured claim to American Airlines Federal Credit Union and the dividend to unsecured creditors shall remain at 30%.

*This Order was signed and entered electronically as indicated at the top of this page.*

APPROVED FOR ENTRY:

/s/ *Scott D. Wilson*
**SCOTT D. WILSON, No. 020339**
Attorney for Debtor
405 ½ A 31st Ave. N
Nashville, Tennessee 37209
Phone: (615) 297-2400
Fax:   (615) 634-0241
wilsonlgl@hotmail.com

This Order has been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.