**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**

| | |
|---|---|
| IN RE: | |
| **JOSHUA ADAM HUTCHISON** | **CASE NO. 16-05686** |
| **7443 CHOWNING ROAD** | **CHAPTER 13** |
| **SPRINGFIELD, TN 37172** | **JUDGE WALKER** |
| **SSN xxx-xx-0577** | |
| Debtor(s). | |

## APPLICATION FOR AN AMENDED PAYROLL DEDUCTION ORDER

COMES the Debtor, by and through counsel, and hereby makes application for an amended Payroll Deduction Order be issued to:

UPS
Attn: Payroll
636 E. Sandy Lake Road
Coppell, TX 75019
$2,215.00 per month

**Pay frequency changed from weekly to monthly

Respectfully submitted,

*/s/ Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**
Attorney for Debtor(s)
405 1/2 A 31st Ave. N.
Nashville, TN 37209
Phone:(615) 297-2400
Fax:(615) 634-0241
wilsonlgl@hotmail.com

## CERTIFICATE OF SERVICE

I certify that on this 26th day of December, 2018, I mailed/e-mailed a copy of the foregoing to the Office of the Chapter 13 Trustee, PO Box 340019, Nashville, TN 37203; to the Office of the U.S. Trustee, Customs House, Suite 318, 701 Broadway, Nashville, TN 37203-3966; to the Debtor at the above-referenced address.

*/s/ Scott D. Wilson*
**SCOTT D. WILSON, NO. 20339**